UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

INSTITUTE FOR HAZARDOUS          )
MATERIALS PACKAGING AND          )
CERTIFICATION TESTING, INC.,     )
a Nonprofit Association,         )
                                 )
            Plaintiff,           )
                                 )        CIVIL ACTION NO.
VS.                              )
                                 )        3:21-CV-1126-G
PETER PAUL MONTGOMERY            )
BUTTIGIEG, Secretary of the      )
Department of Transportation, in his  )
official capacity, and THE UNITED     )
STATES DEPARTMENT OF             )
TRANSPORTATION, an Executive     )
Branch Agency,                   )
                                 )
            Defendants.          )


## ORDER

Before the court is the defendants' motion to transfer this case to the United

States District Court for the Western District of Kentucky, pursuant to 28 U.S.C.

§ 1404(a), or alternatively to stay (docket entry 15).  The motion to stay is

**GRANTED**.  The court finds that this action should be stayed pending the outcome

of the motion to dismiss and the motion for preliminary injunction in the Western

District of Kentucky (*Polyweave Packaging, Inc. v. Buttigieg*, Civil Action Number

4:21-CV-0054-JHM-HBB).  At this time, it is unknown how long such a resolution

will take.  In an effort to manage this court's docket more efficiently, this case will be

**ADMINISTRATIVELY CLOSED**.  The case may be reopened, without prejudice,

upon the motion of any party.  The right to reopen shall continue until 30 days after

the disposition of both the motion to dismiss and the motion for preliminary

injunction in the Western District of Kentucky.

**SO ORDERED**.

August 5, 2021.

**A. JOE FISH**
**Senior United States District Judge**

- 2 -